Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Board of Trustees for the Laborers Health and
Welfare Trust Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA SURGICAL GROUP, INC.; BAY AREA SURGICAL MANAGEMENT, LLC,<br><br>Defendants. | Case No.: CV 10-03291 TEH<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Date Complaint Filed: July 27, 2010<br><br>Case Assigned To: Hon. Thelton E. Henderson |

Plaintiff The Board of Trustees for the Laborers Health and Welfare Trust Fund for Northern California and Defendants Bay Area Surgical Group, Inc., and Bay Area Surgical Management, LLC, have reached a settlement. Plaintiff will file a dismissal of the entire action upon confirmation of receipt of all settlement funds, which is expected to occur within 30 days.

///

///

///

///

///

///

13106799.1                                       – 1 –
NOTICE OF SETTLEMENT – Case No. CV 10-03291 TEH

1 | The settlement conference scheduled at 10:00 a.m. on February 4, 2011 at Magistrate Judge
2 | Larson's chambers has been taken off calendar, per plaintiff's counsel's telephone call to
3 | chambers, providing notification of the settlement.
4 | DATED:  January 25, 2011

BULLIVANT HOUSER BAILEY PC

By_____/s/ C. Todd Norris_____
    Susan J. Olson
    C. Todd Norris

Attorneys for Plaintiff
Board of Trustees for the Laborers Health and
Welfare Trust Fund for Northern California

13106799.1

– 2 –

NOTICE OF SETTLEMENT – Case No. CV 10-03291 TEH