1  Susan J. Olson, SBN 152467
   E-Mail: susan.olson@bullivant.com
2  C. Todd Norris, SBN 181337
   E-Mail: todd.norris@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff
   Board of Trustees for the Laborers Health and
7  Welfare Trust Fund for Northern California

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  THE BOARD OF TRUSTEES FOR THE            Case No.: CV 10-03291 TEH
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN               **NOTICE OF DISMISSAL**
    CALIFORNIA,                           **[RULE 41(a)(1)(A)]**
13
                   Plaintiff,
14
           vs.
15
    BAY AREA SURGICAL GROUP, INC.; BAY
16  AREA SURGICAL MANAGEMENT, LLC,
                                          Date Complaint Filed:  July 27, 2010
17                 Defendants.
                                          Case Assigned To: Hon. Thelton E. Henderson
18

19       TO THE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:

20       PLEASE TAKE NOTICE that this action is hereby dismissed pursuant to F.R.C.P.

21  41(a)(1)(A).

22  DATED:  February 2, 2011

23                                        BULLIVANT HOUSER BAILEY PC

24

25                                        By    */s/ C. Todd Norris*
                                               Susan J. Olson
26                                             C. Todd Norris

27                                        Attorneys for Plaintiff
                                          Board of Trustees for the Laborers Health and
28                                        Welfare Trust Fund for Northern California

13135518.1                      – 1 –