Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Board of Trustees for the Laborers Health and
Welfare Trust Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA SURGICAL GROUP, INC.; BAY AREA SURGICAL MANAGEMENT, LLC,<br><br>Defendants. | Case No.: CV 10-03291 TEH<br><br>**NOTICE OF DISMISSAL**<br>**[RULE 41(a)(1)(A)]**<br><br><br><br>Date Complaint Filed:  July 27, 2010<br><br>Case Assigned To: Hon. Thelton E. Henderson |

TO THE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this action is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A).

DATED: February 2, 2011

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 02/03/2011 — IT IS SO ORDERED — Judge Thelton E. Henderson]*

BULLIVANT HOUSER BAILEY PC

By  /s/ C. Todd Norris
     Susan J. Olson
     C. Todd Norris

Attorneys for Plaintiff
Board of Trustees for the Laborers Health and
Welfare Trust Fund for Northern California

13135518.1                                         – 1 –
NOTICE OF DISMISSAL [RULE 41(a)(1)(A)] – Case No.: CV 10-03291 TEH